# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NICKLES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 1:23-cv-00328-SAB<br><br>ORDER RE: STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND SET BRIEFING SCHEDULE<br><br>(ECF Nos. 4, 5) |

    Plaintiff initiated this action on March 3, 2023. (ECF No. 1.) An initial scheduling conference is currently set for June 22, 2023. (ECF No. 4.) Defendant United States has not answered the complaint at this time.

    On May 26, 2023, the parties filed a stipulated request to continue the scheduling conference currently set for June 22, 2023 and set a briefing schedule for Defendant to file a response to the complaint. (ECF No. 5) The parties proffer they have met and conferred as to the complaint and agreed upon a mutually convenient briefing schedule as to Defendant's anticipated motion. The parties further request the Court permit them to attend the hearing on Defendant's anticipated motion via Zoom. The Court finds good cause to grant the stipulated requested relief and shall continue the scheduling conference. However, the hearing on the motion shall be set for October 4, 2023, in accordance with the Court's law and motion calendar.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's anticipated motion in response to the complaint shall be filed no later than **August 14, 2023**;
2. Plaintiff's opposition to Defendant's anticipated motion shall be filed no later than **September 11, 2023**;
3. Any reply shall be filed no later than **September 22, 2023**;
4. A hearing on Defendant's motion shall be set for **October 4, 2023, at 10:00 a.m**., in **Courtroom 9**, at which time, the parties may appear by Zoom;
5. The Scheduling Conference set for June 22, 2023, is continued to **November 2, 2023, at 1:30 p.m.**; and
6. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 30, 2023**

UNITED STATES MAGISTRATE JUDGE