1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

DEBORAH NICKLES,

       Plaintiff,

    v.

UNITED STATES OF AMERICA,

       Defendant.

Case No. 1:23-cv-00328-ADA-SAB

ORDER GRANTING RHONDA BAKER DEBEVEC'S *PRO HAC VICE* APPLICATION

(ECF No. 8)

      The Court has read and considered the application of Rhonda Baker Debevec, attorney for Plaintiff Deborah Nickles for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 8.)   Having reviewed the application, Rhonda Baker Debevec's application for admission to practice *pro hac vice* is HEREBY GRANTED.   The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **June 12, 2023**

                        UNITED STATES MAGISTRATE JUDGE