# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NICKLES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:23-cv-00328-ADA-SAB<br><br>ORDER VACATING HEARING SET FOR OCTOBER 04, 2023<br><br>ORDER NOTIFYING PARTIES THAT THE COURT WILL ISSUE FINDINGS AND RECOMMENDATIONS ON THE UNOPPOSED MOTION UNLESS THE PARTIES ADVISE THE COURT AS TO THE STATUS OF THE MOTION AND THIS ACTION<br><br>(ECF Nos. 13, 14, 15)<br><br>**DEADLINE: SEPTEMBER 19, 2023** |

Plaintiff filed this action on March 3, 2023. (ECF No. 1.) On August 18, 2023, Defendant filed a motion to dismiss this action for lack of jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1). (ECF No. 13.) The motion was referred to the assigned Magistrate Judge for the preparation of findings and recommendations and other appropriate action. (ECF No. 14.) A hearing on the motion is currently set for October 4, 2023, in Courtroom 9. On September 12, 2023, Plaintiff filed a notice of non-opposition to the motion to dismiss. (ECF No. 15.)

The Defendant's motion seeks to dismiss this action in its entirety for lack of jurisdiction. Plaintiff's notice of non-opposition states that Plaintiff "will not be filing a Brief In Opposition

to the United States' Motion To Dismiss based upon the additional factual information provided." The notice does not address, for example, leave to amend or whether Plaintiff may voluntarily dismiss this action for lack of jurisdiction. The parties are hereby notified that the Court shall vacate the hearing; that Defendant need not file a reply brief; and that if the parties do not otherwise advise the Court of a different status by September 19, 2023, the Court will issue findings and recommendations on the unopposed motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the Defendant's motion to dismiss set for October 4, 2023, in Courtroom 9, is VACATED;

2. On or before September 19, 2023, the parties shall advise the Court as to the status of the pending motion and this action overall; and

3. If the parties do not advise otherwise, the motion will then be taken under submission without the need for reply briefing and the Court will issue findings and recommendations as to the unopposed motion to dismiss this action for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   **September 13, 2023**

UNITED STATES MAGISTRATE JUDGE