UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NICKLES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. 1:23-cv-00328-ADA-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING MOTION TO DISMISS, AND DISMISSING THE ACTION WITH PREJUDICE<br><br>(ECF Nos. 13, 15, 17) |

　　　　Plaintiff Deborah Nickles filed this action on March 3, 2023, individually and as administrator of the Estate of Joshua Conner, deceased, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680, alleging negligence and wrongful death. (ECF No. 1.) On August 18, 2023, Defendant filed a motion to dismiss this action for lack of jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1). (ECF No. 13.) The motion was referred to the assigned Magistrate Judge for the preparation of findings and recommendations and other appropriate action pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 14.) A hearing on the motion was set for October 4, 2023. (ECF No. 13.)

　　　　On September 12, 2023, Plaintiff filed a notice of non-opposition to the motion to dismiss. (ECF No. 15.) The notice of non-opposition states that Plaintiff "will not be filing a Brief In Opposition to the United States' Motion To Dismiss based upon the additional factual information provided." (*Id.*) On September 13, 2023, the Court vacated the hearing in this

matter, notified the Parties that Defendant need not file a reply brief, and that if the Parties did not otherwise advise the Court of a different status by September 19, 2023, the Court would issue findings and recommendations on the unopposed motion.  (ECF No. 16.)  That deadline has passed, and the Parties made no additional filings.

On September 22, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Defendant's motion to dismiss this action be granted, Plaintiff's complaint be dismissed without leave to amend, and this action be dismissed with prejudice.  (ECF No. 17.)  The findings and recommendations contained notice that objections were to be filed within fourteen days after service.  (*Id.* at 31.)  The deadline to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 22, 2023, (ECF No. 17), are ADOPTED in FULL;
2. Defendant's motion to dismiss, (ECF No. 13), is GRANTED;
3. Plaintiff's complaint is DISMISSED without leave to amend;
4. This action is DISMISSED with prejudice; and
5. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   October 20, 2023

UNITED STATES DISTRICT JUDGE

2